UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KEVIN DAVIS on behalf of himself
and all others similarly situated,          21-cv-6390  (JGK)
                    Plaintiff,

                                            ORDER

          - against -

BLAZING BULL, INC.,
                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

October  _15_ , 2021.


SO ORDERED.
Dated:     New York, New York
           September 29, 2021

                                   _____
                                        John G. Koeltl
                                   United States District Judge