IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN DAVIS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br> -v-<br><br>BLAZING BULL, INC.,<br><br>       Defendant. | Civil Case Number:  1:21-cv-06390-JGK |

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' October 26, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-06390-JGK**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 26 day of October 2021.

*The Clerk is directed to close this case.*

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE